

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER DENYING MOTION FOR EN BANC RECONSIDERATION

Cause number and style:     01–12–00862–CV; *Knife River Corp.-South v. Hinojosa*

Date motions filed:     July 21, 2014

Party filing motions:     Appellee

     It is ordered that Appellee's Motion for En Banc Reconsideration is denied.

It is so ORDERED.


Justice's signature: /s/ Laura Carter Higley
                  Acting for the En Banc Court


En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.


Date: August 26, 2014